UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWARD LINDSEY,

        Plaintiff,

v.   CASE NO. 3:25-cv-1521-BJD-SJH

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

        Defendant.
_____/

### ORDER

Plaintiff's Disclosure Statement, Doc. 11, fails to provide the information required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. The Court will therefore **strike** Plaintiff's Disclosure Statement.

Question 7 of the Court's form requires that if jurisdiction is based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1367(a), that the filer state his citizenship. In response, Plaintiff stated, "Plaintiff resides in Florida." Doc. 11 at 3. This is insufficient. *See Trudel v. Biotech*, No. 8:22-cv-1823-TPB-SPF, 2022 WL 17487990, at *1 (M.D. Fla. Dec. 7, 2022); *see also* Doc. 11 at 3 ("If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.").

Accordingly, the Court **strikes** Plaintiff's Disclosure Statement (Doc. 11). On or before **January 20, 2026**, Plaintiff must file a proper disclosure statement.

**DONE AND ORDERED** in Jacksonville, Florida, on January 7, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record